IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS BENSON, #255039, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:14cv554-WHA ) |
| KIM TOBIAS THOMAS, et al., | ) (WO) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #5), entered on August 5, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to prosecute this action and to comply with the orders of the court. Final Judgment will be entered accordingly.

DONE this 29th day of August, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE